Melissa J. Roose
Nevada Bar No. 7889
mroose@wshblaw.com
Analise N. Martinez
Nevada Bar No. 13185
amartinez@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Kevin D. Smith
California Bar No. 113633 (*pro hac vice*)
ksmith@wshblaw.com
Wood, Smith, Henning & Berman LLP
501 West Broadway, Suite 1200
San Diego, California 92101
Telephone: 619-849-4900
Facsimile: 619-849-4950

Attorneys for Defendants, Knight Transportation, Inc.,
Knight Refrigerated, LLC & Carol Walker

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased, ANDREW KNAACK, <br><br> Plaintiffs, <br><br> v. <br><br> KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; CAROL WALKER, <br><br> Defendants. | Case No. 3:17-cv-00172-LRH-WGC <br> **ORDER GRANTING WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY ASHLEY ALEXANDRIA BALDUCCI FROM ELECTRONIC SERVICE LIST** <br><br> The Hon. Larry R. Hicks |

COME NOW, Defendants, KNIGHT TRANSPORTATION, INC., KNIGHT

REFRIGERATED, LLC & CAROL WALKER (hereinafter "Defendants"), by and through their

attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP ("Wood Smith") hereby

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1 submit their Motion for Removal of only Attorney ASHLEY ALEXANDRIA BALDUCCI

2 ("Balducci"), from electronic service list as an Attorney for Defendants.

3         Attorney Balducci was previously employed by Wood Smith but left their employ in

4 December of 2017.  As Ms. Balducci is no longer employed by Wood Smith, and is no longer

5 involved in this case, we respectfully request that she be removed from the electronic service list.

6         This instant motion is filed for the sole purpose of requesting removal of only attorney

7 Balducci from the electronic service list. The specific e-mail address is as follows:

8         (1)     abalducci@wshblaw.com (and affiliated e-mail addresses:  jross@ag.nv.gov

9 and mlandreth@ag.nv.gov)

10         DATED:  March 2, 2018        WOOD, SMITH, HENNING & BERMAN LLP

11

12

13                    By:   */s/ Melissa J. Roose*
                            MELISSA J. ROOSE

14                             ANALISE N. MARTINEZ
                            KEVIN D. SMITH

15         Attorneys for Defendants, Knight Transportation, Inc.,
        Knight Refrigerated, LLC & Carol Walker

16

17

18         IT IS SO ORDERED.

19

20         UNITED STATES MAGISTRATE JUDGE

21

22         DATED:  March 5, 2018.

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY ASHLEY
ALEXANDRIA BALDUCCI FROM ELECTRONIC SERVICE LIST

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
7674 WEST LAKE MEAD BOULEVARD, SUITE 150
LAS VEGAS, NEVADA 89128-6644
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405