UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DON RATHBURN and TERESA RATHBURN, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER; JOHN DOES I through X, inclusive; ABC CORPORATIONS I through X, inclusive; and BLACK AND WHITE COMPANIES I through X, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00133-MMD-WGC |
| TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased; ANDREW KNAACK,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER,<br><br>Defendants. | Case No. 3:17-cv-00172-LRH-WGC<br><br>REASSIGNMENT ORDER |

1

Before the court is the Plaintiffs' Notice of Related Cases (ECF No. 50) and the Defendants' Notice of Related Cases (ECF No. 51) in the 3:17-cv-00172 case, and Plaintiffs' Notice of Related Cases (ECF No. 23) and Defendants' Notice of Related Cases (ECF No. 24) in the 3:18-cv-00133-MMD-WGC case.

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Consolidation of the two cases is not considered at this time.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-cv-00133-MMD-WGC is reassigned to District Judge Larry R. Hicks and all future pleadings must bear case number 3:18-cv-00133-LRH-WGC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 25th day of May, 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this 25 day of May, 2018.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE