UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased; ANDREW KNAACK,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORATION HOLDINGS, INC.; CAROL WALKER,<br><br>Defendants. | Case No. 3:17-cv-00172-LRH-WGC<br><br>ORDER |

Plaintiffs Terri Knaack and Andrew Knaack move to shorten the briefing schedule on their motion to exclude the trial testimony of defendant Carol Walker. ECF No. 55. "Motions to shorten time will be granted only upon an attorney or party's declaration describing the circumstances claimed to constitute good cause to justify shortening of time." LR IA 6-1(d).

The court denies plaintiffs' motion to shorten time, finding that plaintiffs failed to show good cause exists. The court so finds for two reasons. First, the motion to exclude trial testimony could have been brought two weeks earlier—the latest point in time that Plaintiffs learned of the circumstances on which they rely to justify their motion. ECF No. 55, ¶ 6 (identifying June 4, 2018 as the date on which counsel discussed the underlying issue). Second, the court will be able to issue a timely ruling on the motion to exclude the trial testimony of Carol Walker without

shortening the briefing schedule.[1] Trial has yet to be scheduled in this matter; December 3, 2018 is the earliest proposed trial date, *see* ECF No. 53; and the proposed joint pretrial order is not due until September 28, 2018, *see* ECF No. 35. Thus, good cause does not support plaintiffs' request to shorten the briefing schedule.

IT IS THEREFORE ORDERED that plaintiffs Terri Knaack and Andrew Knaack's motion to shorten time (ECF No. 55) is **DENIED.**

IT IS SO ORDERED.

DATED this 25th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] The court anticipates an order will be issued before the pending expert witness deposition referenced in plaintiffs' motion. *See* ECF No. 55, ¶ 8 (listing July 23, 2018 as the scheduled date for the pending deposition).