Analise N. M. Tilton
Nevada Bar No. 13185
atilton@wshblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Kevin D. Smith
California Bar No. 113633 *(pro hac vice)*
ksmith@wshblaw.com
Wood, Smith, Henning & Berman LLP
501 West Broadway, Suite 1200
San Diego, California 92101
Telephone: 619-849-4900
Facsimile: 619-849-4950

R. Gregory Amundson
California Bar No. 79710 *(pro hac vice)*
ramundson@wshblaw.com
Wood, Smith, Henning & Berman, LLP
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Telephone: 969- 757-4500
Facsimile: 949- 757-4550

Attorneys for Defendants, Knight Transportation, Inc., Knight Refrigerated, LLC, Knight-Swift Transportation Holdings, Inc. and Carol Walker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased, ANDREW KNAACK,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER,<br><br>Defendants. | Case No. 3:17-cv-00172-LRH-WGC<br><br>**WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY MELISSA J. ROOSE FROM ELECTRONIC SERVICE LIST**<br><br>The Hon. Larry R. Hicks |

COME NOW, Defendants, KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. and CAROL

WALKER (hereinafter "Defendants"), by and through their attorneys of record, WOOD, SMITH, HENNING & BERMAN, LLP ("Wood Smith") hereby submit their Motion for Removal of only Attorney MELISSA J. ROOSE ("Roose"), from electronic service list as an Attorney for Defendants.

Melissa J. Roose was previously employed by Wood Smith. As Ms. Roose is no longer employed by Wood Smith, and is no longer involved in this case, we respectfully request that she be removed from the electronic service list.

This instant Motion is filed for the sole purpose of requesting removal of only Attorney Roose from the electronic service list. The specific e-mail address is as follows:

(1) mroose@wshblaw.com.

DATED: September 26, 2018        WOOD, SMITH, HENNING & BERMAN LLP

By: _____
ANALISE N. M. TILTON
KEVIN D. SMITH
R. GREGORY AMUNDSON
Attorneys for Defendants, Knight Transportation, Inc., Knight Refrigerated, LLC, Knight-Swift Transportation Holdings, Inc. & Carol Walker

**IT IS SO ORDERED.**

DATED: October 1, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

LEGAL:10092-0015/10003778.1    -2-    Case No. 3:17-cv-00172-LRH-WGC
WOOD, SMITH, HENNING & BERMAN, LLP'S MOTION FOR REMOVAL OF ONLY ATTORNEY MELISSA J. ROOSE FROM ELECTRONIC SERVICE LIST