UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| TERRI KNAACK, | ) | CASE NO. 3:17-CV-172-LRH-WGC |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| KNIGHT TRANSPORTATION, INC. Et al., | ) | |
| Defendant(s). | ) | |

This case is currently scheduled for Jury Trial on the stacked calendar of Tuesday, January 8, 2019.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this  7th  day of November, 2018.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE