# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased, ANDREW KNAACK,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; CAROL WALKER,<br><br>Defendants. | Case No. 3:17-cv-00172-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE MATTER, WITH PREJUDICE**<br><br>The Hon. Larry R. Hicks |

| | |
|---|---|
| 1 | COME NOW, Plaintiffs. TERRI KNAACK, individually, and as Administrator of the Estate of Joseph Knaack, deceased, and ANDREW KNAACK (hereinafter "Plaintiffs") and Defendants, KNIGHT TRANSPORTATION, INC., KNIGHT REFRIGERATED, LLC, KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. and CAROL WALKER (hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of this entire action, WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. |

This Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED this 28 day of June, 2019

WOOD SMITH HENNING & BERMAN, LLP

/s/ *signature*

JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
CHRISTINA M. MAMER
Nevada Bar No. 13181
2881 Business Park Court, Suite 200
Las Vegas, NV 89128

KEVIN D. SMITH
California Bar No. 113633 *(pro hac vice)*
501 West Broadway, Suite 1200
San Diego, California 92101

**Attorneys for Defendants,
Knight Transportation, Inc.,
Knight Refrigerated, LLC, Knight-Swift
Transportation Holdings, Inc. and
Carol Walker**

DATED this 28 day of June, 2019

VANNAH AND VANNAH

/s/ *signature*

JOHN B. GREENE
Nevada Bar No. 4279
ROBERT VANNAH
Nevada Bar No. 2503
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101

**Attorneys for Plaintiffs,
Terri Knaack, individually, and as
Administrator of the Estate Of Joseph
Knaack deceased; Andrew Knaack**

///
///
///
///

2

DATED this 27th day of June, 2019

PARKER, NELSON & ASSOCIATES, CHTD.

_____ bar# 12727 for
THEODORE PARKER, III
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, NV 89128

Attorneys for Defendants,
Knight Transportation, Inc.,
Knight Refrigerated, LLC, Knight-Swift
Transportation Holdings, Inc. and
Carol Walker

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE